Motion Granted. s/Donald C. Nugent, USDJ 2/9/10

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MOUNTAIN VISTA REAL ESTATE OPPORTUNITY FUND I, LLC, ) ) ) | CASE NO. 1:09 CV 1746 |
| Plaintiff, ) ) | JUDGE DONALD NUGENT |
| vs. ) ) | **PLAINTIFF MOUNTAIN VISTA'S NOTICE OF VOLUNTARY DISMISSAL** |
| CENTER OF BONITA PARTNERS, LLC et al., ) ) | |
| Defendant. ) ) | |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Mountain Vista Real Estate Opportunity Fund I, LLC hereby dismisses the above-captioned action without prejudice, with all parties to bear their own costs.

Respectfully submitted,

/s/ Aubrie Knight Wancata
Jeffrey A. Brauer (#0069908)
Aubrie Knight Wancata (#0080635)
200 Public Square
Suite 2800
Cleveland, OH 44114-2316
Phone: (216)621-0150
Fax: (216)241-2824

*Attorneys for Plaintiff Mountain Vista*

CLE - 2255947.1

## CERTIFICATE OF SERVICE

    I certify that on February 5, 2009 the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Aubrie Knight Wancata
One of the Attorneys for Plaintiff Mountain
Vista Real Estate Opportunity Fund, LLC

CLE - 2255947.1